NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MAURO RAMIREZ,                        )
                                     )
            Appellant,               )
                                     )
v.                                   )        Case No.  2D18-1278
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____   )

Opinion filed November 20, 2019.

Appeal from the Circuit Court for Manatee
County; Brian Iten, Judge

Howard L. Dimmig, II, Public Defender,
and Maura J. Kiefer, Special Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Blain A. Goff, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.


            Affirmed.



MORRIS, BLACK, and LUCAS, JJ., Concur.